No. 00–837. SIEGEL ET AL. v. LEPORE ET AL. C. A. 11th Cir. Motion of petitioners for leave to file petition for writ of certiorari before judgment on 8½- by 11-inch page proofs granted. Motion of respondents for leave to file brief in opposition on 8½- by 11-inch page proofs granted. Motion of petitioners to expedite consideration of petition for writ of certiorari before judgment granted. Certiorari before judgment denied without prejudice.

NOVEMBER 27, 2000

No. 00–287. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Apprendi v. New Jersey, 530 U. S. 466 (2000).